State of New York
United States District Court                County of Western District of NY
Five Star Bank as successor by merger with National Bank of Geneva
                                    Plaintiff          **SATISFACTION OF**
                                                       **JUDGMENT**
                Against                                Index No.
                                                       07-mc-6040
                                                       B#2007-20545

Barbara J. McClennan
1879 County Road 4 PO Box 202
Seneca Castle NY 14547

                                    Defendant(s)

**WHEREAS**, a judgment was entered in the above entitled action on November 16, 2007, in the United States District Court, County of Western District of NY in favor of Plaintiff and against Defendant(s) for the sum of $3651.12 which judgment was docketed on December 20, 2007, in the office of the Clerk of the County of Monroe and said judgment has been fully satisfied.

**AND** it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York.

**THEREFORE**, satisfaction of said judgment is hereby acknowledged and the said Clerks are hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: Rochester, New York
       May 28, 2009

                                    _____
                                    Michael S. Schnittman
                                    **LACY KATZEN LLP**
                                    Attorneys for Plaintiff
                                    The Granite Building
                                    130 East Main Street
                                    Rochester, New York 14604-1687

NY Statutory All Purpose Acknowledgment
STATE OF NEW YORK)
COUNTY OF MONROE )

      On the 28th day of May, in the year 2009, before me, the undersigned, a notary public in and for said State, personally appeared Michael S. Schnittman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person on behalf of which the individual(s) acted, executed the instrument.

                                    _____
                                    Notary Public

                                                       200706772.001

ARIEL E. ROBERTSON
Notary Public, State of New York
No. 01RO6136012
Qualified in Cortland County
Commission Expires 10/31/20__

